AUSA:   Susan Fairchild          Telephone: (313) 226-9577

AO 91 (Rev. 11/11)  Criminal Complaint          Agent:          Jason Messenger          Telephone:  (734) 676-2972

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Hector VELOZ-GARCIA

Case: 2:25−mj−30531
Assigned To : Unassigned
Assign. Date : 8/20/2025
Description: RE: HECTOR
VELOZ−GARCIA (EOB)

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 18, 2025 _____ in the county of _____ Oakland _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(1) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Jason Messenger, Border Patrol Agent*
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ August 20, 2025 _____

City and state: _ Detroit, MI _____

*Judge's signature*

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## **<u>AFFIDAVIT</u>**

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Hector VELOZ-GARCIA, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for VELOZ-GARCIA, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about July 22, 2002, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Calexico, CA. VELOZ-GARCIA was processed as a Voluntary Return.

4. On or about June 9, 2004, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Calexico, CA.  VELOZ-GARCIA was processed as a Voluntary Return.

5. On or about June 10, 2004, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Calexico, CA.  VELOZ-GARCIA was processed as a Voluntary Return.

6. On or about June 25, 2009, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Calexico, CA.  VELOZ-GARCIA was processed as an Expedited Removal and issued A# XXX XXX 371.

VELOZ-GARCIA was removed from the United States to Mexico via Calexico West Port of Entry.

7. On or about October 25, 2009, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Calexico, CA.  VELOZ-GARCIA was processed as a Voluntary Return.

8. On or about December 26, 2019, VELOZ-GARCIA was encountered by Immigration and Customs Enforcement agents in or near White Lake, MI. VELOZ-GARCIA was processed as a Reinstatement of Deport Order I-871. VELOZ-GARCIA was presented for prosecution for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal.

9. On or about February 19, 2020, in the U.S. District Court Eastern District of Michigan, VELOZ-GARCIA pleaded guilty to a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal and was sentenced to time served.

10. On or about March 31, 2020, VELOZ-GARCIA was removed from the United States to Mexico via Brownsville Port of Entry in Brownsville, TX.

11. On or about May 2, 2021, VELOZ-GARICA was encountered by United States Border Patrol agents in or near Roma, TX.  VELOZ-GARCIA was processed as a Title 42 expulsion to Mexico under the name of J Hector VELOZ-GARCIA.

12. On or about May 5, 2021, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Roma, TX.  VELOZ-GARCIA was processed as a Title 42 expulsion to Mexico under the name of J Hector VELOZ-GARCIA.

13. On or about May 27, 2021, VELOZ-GARCIA was encountered by United States Border Patrol agents in or near Tecate, CA.  VELOZ-GARCIA was processed as a Title 42 expulsion to Mexico under the name of J Hector VELOZ-GARCIA.

14. On August 18, 2025, Border Patrol Agents assigned to the Detroit Sector, Targeting Unit conducted a targeted enforcement action at XX6 Northview Court, Pontiac, MI.  Agents identified a subject Hector VELOZ-GARCIA, as an alien who has been previously removed from the United States with ties to the Detroit, Michigan area. Through investigative efforts, agents identified VELOZ-GARCIA at the address and observed him drive a 2010 Buick Enclave bearing Michigan Registration XXXX832.  Agents observed VELOZ-GARCIA exit the residence and enter the vehicle.  Agents conducted a vehicle stop at or near the intersection of Jonhson St. and Cass Ave.

15. Agents approached the vehicle, identified themselves as Border Patrol Agents, and performed an immigration inspection on the occupant. VELOZ-GARCIA was interviewed in the Spanish language by Border Patrol Agents.  VELOZ-GARCIA readily admitted his name, and to being a citizen of Mexico.  Agents inquired whether VELOZ-GARCIA possessed documents allowing him to be or remain in the United States legally. VELOZ-GARCIA said that he did not have any documents permitting him to be or remain in the United States Legally.

16. Upon determining VELOZ-GARCIA had illegally re-entered the United States, agents placed VELOZ-GARCIA under arrest and transported him to the Gibraltar Border Patrol Station for processing.

17. While at the Gibraltar Border Patrol Station, VELOZ-GARCIA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that VELOZ-GARCIA is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his last removal on March 31, 2020.

18. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain

any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. Review of the Alien File (A# XXX XXX 371) for VELOZ-GARCIA, and queries in U.S. Department of Homeland Security databases confirm no record exists of VELOZ-GARCIA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on March 31, 2020.

20. Based on the above information, I believe there is probable cause to conclude that Hector VELOZ-GARCIA is a native and citizen of Mexico, who was previously convicted of a felony offense, and was subsequently removed from the United States, was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

August 20, 2025

4